UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 16cr1042-JLS |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) ) | |
| DAVID VILLANUEVA, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 29, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge